# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:10-CR-00492-2-GMN-PAL |
| ANGELA ANGULO, | ) | |
| Defendant. | ) | **ORDER** |

On October 8, 2010 the Federal Public Defender was appointed to represent Angela Angulo. The Court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Melanie Ells, Esq. is APPOINTED as counsel for Angela Angulo in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Ms. Ells forthwith.

DATED this 22nd day of December, 2010.
Nunc Pro Tunc: December 20, 2010.

_____
UNITED STATES MAGISTRATE JUDGE